IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **RECONSIDER DETENTION** |
| vs. | ) | **ORDER** |
| | ) | |
| Tyler Dean Freeman, | ) | Case No.  1:19-cr-034 |
| | ) | |
| Defendant. | ) | |

Defendant waived his right to a detention hearing and on August 18, 2023, was ordered detained pending further order of the court.  (Doc. Nos. 64 and 65).  He is being housed at the Mountrail County Jail in Stanley, North Dakota.

On August 22, 2023, Defendant filed a motion requesting the court to reconsider its detention order. (Doc. No. 66).  He advises that he has been accepted into an inpatient treatment program at the Keystone Treatment Center ("Keystone") in Canton, South Dakota.  He requests to be released on August 29, 2023, to a staff member of the Good Road Recovery Center for transport to Wahpeton, North Dakota, where he will be met by a representative of Keystone and transported to Keystone's treatment facility..

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 66).  Defendant shall be released no earlier than 5:00 a.m. on August 29, 2023, to a staff member of the Good Road Recovery Center, who shall transport him to Wahpeton, where he shall be met by Keystone staff and transported to Keystone's treatment facility in Canton.  While on release, Defendant shall comply with the following conditions:

(1) Defendant remains subject to and shall comply with all of the conditions of his supervised release.

1

(2) Defendant shall reside at Keystone's treatment facility, fully participate in its programming, and comply with all of its rules and regulations. Upon his arrival, he shall contact Probation Officer Travis Dienslake at (701) 297-7249.

(3) Defendant must sign all release forms to allow the Probation Officer to obtain information from the treatment facility OR to communicate with facility staff about his progress in the treatment program.

(4) At least four days prior to the completion of his treatment program, Defendant shall contact the Probation Office so that it may evaluate the appropriateness of any proposed living arrangements. Upon his discharge from his treatment program, Defendant shall reside at an address approved by the Probation Office and not change this address without the Probation Office's permission. If the Probation Office determines that Defendant is in need of a placement in a residential facility, Defendant shall report to the designated facility as directed and comply with the facility's rules and regulations. If Defendant is terminated from the treatment program prior to completing it, he shall report to the United States Marshal's office in Bismarck with the understanding that he shall be detained pending further order of the court.

**IT IS SO ORDERED**.

Dated this 22nd day of August, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court